IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMIE LEE JOHNSON
Reg. #25301-001                                                                PETITIONER

v.                        CASE NO.: 2:11CV00128 BD

T.C. OUTLAW, Warden                                                      RESPONDENT
Federal Correctional Complex,
Forrest City, Arkansas

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent T.C. Outlaw. Mr. Johnson's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 9th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE